Dismissed and Memorandum Opinion filed July 1, 2004









Dismissed and Memorandum Opinion filed July 1, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-00464-CV

____________

 

JOYCE E. TATE, Appellant

 

V.

 

THE HOUSTON
INDEPENDENT SCHOOL DISTRICT and THE TEXAS TEACHERS RETIREMENT SYSTEM, Appellees

 

 



 

On Appeal from the
295th District Court

Harris County, Texas

Trial Court Cause No.
03-56359

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 5, 2004.

On June 22, 2004, appellant filed a motion to dismiss because
appellant no longer desires to prosecute this appeal.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed July 1, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.